## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF<br><br>HANNA A. PIWOWARCZYK,<br><br><br>DEBTOR | IN PROCEEDINGS<br>UNDER CHAPTER 13<br><br>NO. 10-15395<br>JUDGE: Barbosa |

### NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

NOW COMES JP Morgan Chase, National Association, by and through its counsel Fisher and Shapiro, LLC, and responding to the Notice of Payment of Final Mortgage Cure Amount under Paragraph B(2)(b) of Plan, states as follows

As of May 19, 2011, the post-petition sums due and collectable are as follows:

| | | |
|---|---|---|
| 04/2011 – 04/2011 monthly payment at $1,166.82 | = $ | 1,166.82 |
| 05/2011 - 05/2011 $1,260.39     monthly payment at | | 1,260.39 |
| TOTAL | = $ | 2,427.21 |

Respectfully submitted,

 /s/ Michael J. Kalkowski
Attorney for GMAC Mortgage, LLC

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
10-038706

**The firm of Fisher and Shapiro, LLC is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**